**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 67.84.210.233**

**ISP:** Optimum Online High Speed Internet Service
**Physical Location:** Valley Stream, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/19/2018 19:57:39 | B0BDE8708FC36E831E1D82EE32A0D92D8C45BC23 | Your Luckiest Night |
| 01/16/2018 11:08:12 | A0D102FB61F97BFE7B935492643E2313944FDBD2 | Five Reasons to Love Sex with Blondes |
| 01/03/2018 23:50:05 | B198F375167D013B71083DEE646A17D990D51A10 | Red Hot Christmas |
| 12/25/2017 14:38:56 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 11/19/2017 17:22:50 | 06CC661BEECF9960B3CDCD1B77C031A7339C0974 | A Fucking Hot Threesome |
| 09/30/2017 07:54:45 | 6ED2A239551D79E2BC1C725943E63028B2D2E420 | Welcome To The Jungle |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

ENY142